# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148126

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

J & N KOETS, INC., d/b/a
ADVANCE RESTORATIONS, INC.,
        Plaintiff/Counter-Defendant,

v

THOMAS REDMOND,
        Defendant/Counter-Plaintiff,

and

KATHY FORD,
        Defendant/Counter-Plaintiff/
        Third-Party-Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
        Third-Party-Defendant-Appellee.

SC: 148126
COA: 311909
Kent CC: 12-001656-CK

_____/

        On order of the Court, the application for leave to appeal the October 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

p0324